Form 137 − aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 26−16914−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Ross W. Faranda<br>aka ROSS FARANDA<br>59 Dogwood Court<br>Jamesburg, NJ 08831 | Michele B. Faranda<br>aka MICHELE FARANDA<br>59 Dogwood Court<br>Jamesburg, NJ 08831 |

Social Security No.:

| | |
|---|---|
| xxx−xx−5216 | xxx−xx−9435 |

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date: 10/28/26
Time: 12:00 PM
Location: Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Carlos D Martinez, Debtor's Attorney

COMMISSION OR FEES
fees: $5,163.50

EXPENSES
expenses: $517.00

If this is a chapter 13 case, the fees and expenses awarded:

- [x] will not reduce the amount to be paid to general unsecured creditors under the plan.

- [ ] will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 6, 2026
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:
Ross W. Faranda
Michele B. Faranda
Debtors

Case No. 26-16914-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 4
Date Rcvd: Oct 06, 2026 | Form ID: 137 | Total Noticed: 46

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ross W. Faranda, Michele B. Faranda, 59 Dogwood Court, Jamesburg, NJ 08831-2519 |
| 521252794 | | 05 Retro Fitness Edison Nj, 9 Wills Way, Piscataway, NJ 08854-3770 |
| 521252812 | | Lvnv Funding LLC, Greenville, SC 29602 |
| 521252816 | | OPTIMUM, 4222 Trinity Mills Rd, Ste 260, Dallas, TX 75287-7666 |
| 521255246 | + | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278-0004 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 06 2026 21:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 06 2026 21:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521252797 | | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 06 2026 21:59:17 | Affirm, Inc., Attn: Bankruptcy, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 521252796 | | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 06 2026 21:59:27 | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 521252798 | | Email/Text: rm-bknotices@bridgecrest.com | Oct 06 2026 21:50:00 | Bridgecrest Acceptance Corp, PO Box 29018, Phoenix, AZ 85038-9018 |
| 521252799 | | Email/Text: rm-bknotices@bridgecrest.com | Oct 06 2026 21:50:00 | Bridgecrest Acceptance Corp, Attn: Bankruptcy, PO Box 53087, Phoenix, AZ 85072-3087 |
| 521254998 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 06 2026 21:59:24 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 521335264 | + | Email/Text: rm-bknotices@bridgecrest.com | Oct 06 2026 21:50:00 | Carvana, LLC, PO Box 29018, Phoenix, AZ 85038-9018 |
| 521265078 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 06 2026 21:59:05 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 521252800 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 06 2026 21:59:03 | Chase Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 521252801 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 06 2026 21:59:12 | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 521252802 | | Email/Text: bankruptcy@credencerm.com | Oct 06 2026 21:50:00 | Credence Resource Mana, 4222 Trinity Mills Rd, Ste 260, Dallas, TX 75287-7666 |
| 521252803 | | Email/Text: bankruptcy@credencerm.com | Oct 06 2026 21:50:00 | Credence Resource Management, LLC, Attn: |

| | | | | |
|---|---|---|---|---|
| | | | | Bankruptcy, PO Box 2300, Southgate, MI 48195-4300 |
| 521252804 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 06 2026 21:50:00 | Dept of Education/Neln, PO Box 82561, Lincoln, NE 68501-2561 |
| 521252805 | | Email/Text: mrdiscen@discover.com | Oct 06 2026 21:49:00 | Discovercard, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 521252795 | | Email/Text: consumers@fcsbpo.com | Oct 06 2026 21:49:00 | 1st Crd Srvc, 9 Wills Way, Piscataway, NJ 08854-3770 |
| 521252808 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 06 2026 21:49:00 | Fnb Omaha, Attn: Bankruptcy, PO Box 3128, Omaha, NE 68103-0128 |
| 521252807 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 06 2026 21:49:00 | Fnb Omaha, PO Box 3412, Omaha, NE 68103-0412 |
| 521252806 | ^ | MEBN | Oct 06 2026 21:47:39 | First Credit Services, Attn: Bankruptcy, PO Box 55, Piscataway, NJ 08855-0055 |
| 521291862 | ^ | MEBN | Oct 06 2026 21:48:37 | First National Bank of Omaha, c/o BQ & Associates, 14211 Arbor Street, Suite 100, Omaha, NE 68144-2312 |
| 521252810 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 06 2026 21:49:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 521252809 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 06 2026 21:49:00 | Goldman Sachs Bank USA, PO Box 6112, Philadelphia, PA 19115-6112 |
| 521252811 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 06 2026 21:49:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 521298611 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 06 2026 21:49:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 521284626 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 06 2026 21:59:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521252813 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 06 2026 21:59:25 | Lvnv Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |
| 521338405 | | Email/Text: camanagement@mtb.com | Oct 06 2026 21:50:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 521317904 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 06 2026 21:50:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 521252814 | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 06 2026 21:49:00 | Mrc/United Wholesale M, 350 Highland St, Houston, TX 77009-6623 |
| 521252815 | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 06 2026 21:49:00 | Mrc/United Wholesale M, Attn: Bankruptcy, PO Box 619098, Dallas, TX 75261-9098 |
| 521328323 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 06 2026 21:59:14 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 521252817 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 06 2026 21:59:25 | Prosper Funding Webbank, Attn: Bankruptcy, c/o LVNV Funding PO Box 1269, Greenville, SC 29602-1269 |
| 521334673 | | Email/Text: bnc-quantum@quantum3group.com | Oct 06 2026 21:50:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 521252818 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 06 2026 21:49:00 | State of New Jersey - Div. of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 521337026 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 06 2026 21:59:16 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| | | | | |
|---|---|---|---|---|
| 521252820 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 06 2026 21:59:13 | Synchrony Bank/Hhgregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 521252819 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 06 2026 21:59:12 | Synchrony Bank/Hhgregg, PO Box 71757, Philadelphia, PA 19176-1757 |
| 521252822 | | Email/Text: bankruptcy@td.com | Oct 06 2026 21:50:00 | Td Bank, N.A., Attn: Bankruptcy, 1701 Marlton Pike E, Cherry Hill, NJ 08003-2390 |
| 521252821 | | Email/Text: bankruptcy@td.com | Oct 06 2026 21:50:00 | Td Bank, N.A., Attn: Bankruptcy, 1701 Route 70 East, Cherry Hill, NJ 08003 |
| 521258439 | ^ | MEBN | Oct 06 2026 21:48:32 | TD Bank, N.A., PO Box 1931, Burlingame, CA 94011-1931 |
| 521260594 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 06 2026 21:50:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |

TOTAL: 41

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521298612 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 521298639 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Carlos D Martinez | on behalf of Debtor Ross W. Faranda carlos@martinezlegal.co ray@martinezlegal.co,heidy@martinezlegal.co |
| Carlos D Martinez | on behalf of Joint Debtor Michele B. Faranda carlos@martinezlegal.co ray@martinezlegal.co,heidy@martinezlegal.co |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5