Order Filed on October 28, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF CARLOS D. MARTINEZ
33 Wood Ave South, - Ste. 600
Iselin, NJ 08830
Carlos D. Martinez, Esq.
carlos@martinezlegal.co
Tel: (908) 589-4036
Counsel For Debtors

In Re:

Ross W. Faranda & Michele B. Faranda

Debtors.

Case No.: 26-16914

Chapter: 13

Judge: CMG

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: October 28, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Law Offices of Carlos D. Martinez, Esq., the applicant, is allowed a fee of $ 5,163.50 for services rendered and expenses in the amount of $ 517.00 for a total of $ 5,680.50 . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ N/A per month for N/A months to allow for payment of the above fee.

*** The amount to be paid through the Chapter 13 Plan is $2,680.50 ($5,680.50 less $3,000.00 retainer paid)***

*rev.8/1/15*